UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

Civil Case No.:

RONALD HELHOSKI and DONNALEE
HELHOSKI,

    Plaintiffs,

v.

AMERICAN BANKERS INSURANCE
COMPANY OF FLORIDA,

    Defendant.
_____/

## COMPLAINT

COMES NOW the Plaintiffs, RONALD HELHOSKI and DONNALEE HELHOSKI (hereinafter "Plaintiffs"), by and through the undersigned counsel and hereby file this Complaint against the Defendant, AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA (hereinafter "AMERICAN BANKERS"), and as grounds therefore state as follows:

PARTIES

1. On or about September 28, 2022, and at all times material hereto, Plaintiffs were owners of the real property located at 18131 Creekside View Drive, Fort Myers, FL 33908-4749 (hereinafter "Property") and were residents of the State of Florida.

2. Defendant is an insurance company authorized to conduct business in the State of Florida and was engaged in the business of insurance

in Lee County, Florida. See Department of Corporations listing attached hereto as "Exhibit A".

## JURISDICTION AND VENUE

3. This action arises under the National Flood Insurance Act, as amended, 82 Stat. 583, 42 U.S.C. §4001, *et seq.,* pursuant to the insurance contract issued to Plaintiffs. This action, having arisen under an applicable federal statute, namely, 42 U.S.C. §4072, requires the application of federal law pursuant to the general federal jurisdiction provisions of 28 U.S.C. §1331.

4. The insured property is situated in the Middle District of Florida and venue is proper in this Court pursuant to 42 U.S.C. §4072 and 44 C.R.R. Pt. 61, App. A(1), Article VII(R).

## FACTUAL ALLEGATIONS

5. Plaintiffs purchased a policy of flood insurance, Policy No. 74058526462022 (hereinafter the "Policy"), from AMERICAN BANKERS. The Plaintiffs are not in possession of the full Policy but have attached a copy of the declaration page as Exhibit "B".

6. The Policy issued to the Plaintiffs covered flood damage to the Plaintiffs' dwelling and personal property/contents.

7. Plaintiffs paid all premiums on the Policy, and the Policy was in full and continuing force and effect at all relevant times herein.

8. On or about September 28, 2022, rising water caused by Hurricane Ian caused an inundation of water on the insured property and the

surrounding area, causing flood waters to enter the residence on the insured Property. As a direct and proximate result of the flooding, Plaintiffs suffered a direct physical loss to their residence and personal property located at 18131 Creekside View Drive, Fort Myers, FL 33908-4749.

9. The damage to Plaintiffs' real and personal property was caused by flood, and is, therefore, an undisputed covered peril under the policy.

10. The Plaintiffs made application for insurance benefits under the Policy and were assigned Claim No: 7405852646 (same as the policy number).

11. AMERICAN BANKERS accepted coverage for the loss but has failed to pay the full amount of benefits Plaintiffs are entitled to receive for the loss.

12. All conditions precedent to obtaining payment of said benefits under the policy from AMERICAN BANKERS have been complied with, met or waived.

13. Plaintiffs filed a Notice of Intent to Litigate on July 17, 2023, in compliance with Florida Statutes. Defendant has not offered nor provided additional payment for the damage sustained to the insured property.

**COUNT I BREACH OF CONTRACT**

Plaintiffs readopt and reallege Paragraphs 1 through 13 above as if fully stated herein, and further alleges as follows:

14. AMERICAN BANKERS has a duty to indemnify the Plaintiffs in the event of a covered cause of loss during the policy period.

15. AMERICAN BANKERS has breached the Policy of insurance by failing to pay the full benefits due and owing under the Policy for a covered cause of loss during the policy period.

16. AMERICAN BANKERS' breach of the Policy of insurance by failing to pay the full benefits due and owing under the Policy has proximately caused damage to the Plaintiffs.

17. The Plaintiffs have been damaged by failing to receive the full benefits available under the Policy for the loss.

18. The Plaintiffs are entitled to the full cost of repair of the damage to their Property, including but not limited to repair to the structure, emergency repairs and all other coverages afforded by the Policy for this loss.

19. Because of AMERICAN BANKERS' refusal to pay the full losses sustained by the Plaintiffs, the Plaintiffs have retained the services of the undersigned attorney and are obligated to pay a reasonable fee for his services. Plaintiffs are entitled to attorneys' fees, costs and expenses incurred in filing and prosecuting this action pursuant to the Equal Access to Judgment Act ("EAJA"), 28 U.S.C. §2412.

20. Defendant, AMERICAN BANKERS, owes prejudgment interest, expert fees and costs, attorney's fees and costs, the costs of necessary repairs to the Property, emergency repairs and all other coverages afforded by the Policy for this loss.

WHEREFORE, the Plaintiffs, RONALD HELHOSKI and DONNALEE HELHOSKI, demand judgment against the Defendant, AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA for:

    a.    All damages to which Plaintiffs are entitled, including all benefits available under the Policy;

    b.    Pre-judgment interest;

    c.    Court costs, case expenses, expert fees and costs, and attorney's fees pursuant to the Equal Access to Judgment Act ("EAJA"), 28 U.S.C. §2412; and

    d.    Trial by jury of all issues so triable as a matter of right.

Dated this _____ day of __August_____, 2023.

                        By:    */s/ Erik D. Diener*_____
                                  Erik D. Diener
                                  FBN 13410
                                  The Diener Firm, P.A.
                                  8751 W. Broward Boulevard, Suite 404
                                  Plantation, FL 33324
                                  Telephone: (954) 541-2117
                                  Facsimile: (954) 541-2195
                                  Service: service@dienerfirm.com
                                  Erik@dienerfirm.com
                                  Denise@dienerfirm.com