UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
Civil Case No.: 2:23-cv-00669-SPC-KCD

RONALD HELHOSKI AND DONNALEE HELHOSKI,

    Plaintiffs,

v.

AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA,

    Defendant.

_____/

## NOTICE OF SETTLEMENT

Plaintiffs, RONALD HELHOSKI AND DONNALEE HELHOSKI, and Defendant, AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA, by and through their undersigned counsel, hereby notify this Court that the Parties have resolved this case. The Parties are finalizing settlement paperwork and will file appropriate dismissal papers in a timely manner.

Dated: December 15, 2023        Respectfully submitted,

                                        **ROBINSON & COLE LLP**
                                        777 Brickell Avenue, Suite 680
                                        Miami, FL 33131
                                        Telephone: (786) 725-4120
                                        Facsimile: (786) 725-4121

                                        By: */s/Eugene P. Murphy*

>Eugene P. Murphy
>Florida Bar No. 638501
>emurphy@rc.com
>Audrey E. Goldman
>Florida Bar No. 123530
>agoldman@rc.com
>***Attorneys for Defendant***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 15, 2023, the foregoing document was electronically filed with the clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsels or parties who are not authorized to receive electronically Notices of Electronic Filing.

>*/s/ Eugene P. Murphy*
>Eugene P. Murphy

## SERVICE LIST

Erik D. Diener
**THE DIENER FIRM, P.A.**
8751 W. Broward Blvd., Suite 404
Plantation, Fl 33324
Tele: 954.541.2117
Facsimile: 954.541.2195
Service: Service@Dienerfirm.com;
Erik@Dienerfirm.com;
Denise@Dienerfirm.Com
*Attorneys for Plaintiff*